Burke, J.
(dissenting). Section 531 of the Family Court Act which provides for an absolute bar to the admission of testi *160 many of defense witnesses as to acts of sexual intercourse between themselves and the petitioner unless corroborated is a violation of appellant’s rights to equal protection of the law as guaranteed by the United States Constitution and the New York State Constitution. It is also a denial of due process as guaranteed by the United States Constitution and the New York State Constitution. In this case not only did the petitioner testify, but in addition her testimony of nonaccess was supported by the testimony of two of her friends. There is no provision in the Family Court Act requiring that the testimony of her friendly witnesses should be corroborated. There should be no need to dwell on the obvious inequality of treatment accorded to the witnesses called by the petitioner to bolster her complaint and the treatment accorded under section 531 of the Family Court Act to witnesses called by the defense.
Accordingly, the testimony of the defense witnesses should have been accepted by the courts below.
Chief Judge Fuld and Judges Bergan, Breitel and Jasen concur with Judge Gibson ; Judge Burke dissents and votes to reverse in a separate opinion in which Judge Soileppi concurs.
Order affirmed.